No. 301.   MAURICE A. GARBELL, INC. ET AL. *v.* CONSOLIDATED VULTEE AIRCRAFT CORP. ET AL.   C. A. 9th Cir. Certiorari denied.   *Theodore H. Roche* and *Theo. J. Roche* for petitioners.   *Ford W. Harris, Jr., Robert B. Watts* and *Fred Gerlach* for respondents.

No. 302.   KUGLER *v.* PHILADELPHIA FIRE & MARINE INSURANCE Co.   C. A. 5th Cir.   Certiorari denied.   *W. Frank Gladney* for petitioner.

No. 305.   CHASTAIN *v.* MCKINNEY ET AL.   C. A. 6th Cir.   Certiorari denied.   *Harry J. Lippman* for petitioner.   *Herbert H. Monsky* for Cahill et al., and *Leo T. Wolford* for the Louisville Title Insurance Company et al., respondents.

No. 306.   ESTATE OF CRELLIN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.   *Charles A. Beardsley* for petitioners.   *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *I. Henry Kutz* for respondent.

No. 310.   MARINE WELDING, SCALING & SALES Co., INC. ET AL. *v.* ELLIS ET AL.   C. A. 5th Cir.   Certiorari denied. *Alfred C. Kammer* for petitioners.   *Leonard H. Rosenson* for respondents.

No. 312.   DEMOS *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.   *Guy P. Allison* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.